UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNIOR ABREU, et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> RAHWAY POLICE DEPARTMENT, et al., <br><br> **Defendants.** | Civ. No. 16-4894 (KM) <br><br> **ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

**THIS MATTER** having come before the Court on the notice of removal by Rahway Police Department, City of Rahway, Detective/Sergeant Richard Long, Detective Shawn Ganley, Detective Thomas McComb, Police Officer Gresham, and Police Offer Mezey (collectively, "Defendants") pursuant to 28 U.S.C. § 1446(a) (ECF no. 1); and Defendants having filed an answer to Junior Abreu and Maribel Abreu's (collectively, "Plaintiffs") complaint (ECF no. 2); and the Court having conducted a pretrial conference pursuant to Fed. R. Civ. P. 16 on October 31, 2016, at which the parties agreed, on the record, to administratively terminate the case upon the resolution of related criminal charges; for good cause shown:

**IT IS** this 31st day of October, 2016,

**ORDERED** that the Clerk will **ADMINISTRATIVELY TERMINATE** the case **WITHOUT PREJUDICE** to its being restored to the docket upon resolution of the criminal charges.

*/s/ Kevin McNulty*
_____
**KEVIN MCNULTY**
**United States District Judge**