## CERTIFICATION OF MAILING

I hereby certify that the original of within Notice of Motion has been filed with the U.S. District Court – District of New Jersey via Pacer and a copy has been forwarded via electronic mail to the following:

Robert F. Renaud, Esq.            rrenaud@rdlawnj.com

Attorney for Defendant, Rahway Police Department

John F. Gillick, Esq.             jgillick@njrcmlaw.com

Attorney for Defendant, Shawn Ganely and Thomas McComb

Lori A. Dvorak, Esq.              ldvorak@dvorakandassociates.com

Attorneys for Defendant, Gresham and Mezey

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.
Attorneys for Plaintiffs

By: _____
RAMON A. CAMEJO

Dated: June 14, 2023