UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNIOR ABREU and MARIBEL ABREU,<br><br>Plaintiffs,<br><br>v.<br><br>RAHWAY POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-04894 (BRM) (MAH)<br><br><br>**ORDER** |

**THIS MATTER** is before the Court on: (1) Plaintiffs' motion to reinstate Plaintiffs' complaint (ECF No. 11); and (2) the Rahway Entity Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 41 (ECF No. 17). Defendants filed oppositions to the motion to reopen (ECF Nos. 14–16). Plaintiffs opposed the motion to dismiss (ECF No. 21), and Defendants filed replies (ECF Nos. 22–23). Having reviewed the submissions filed in relation to the motions and having held oral argument on January 23, 2024, pursuant to Federal Rule of Civil Procedure 78(a), and for good cause appearing,

**IT IS** on the 24th day of January 2024,

**ORDERED** that Plaintiff's Motion to reopen (ECF No. 11) is **GRANTED** and the Clerk's Office shall reinstate this matter to the active docket; and it is further

**ORDERED** that the Entity Defendants' Motion to Dismiss (ECF No. 17) is administratively terminated; and it is further

**ORDERED** that defendants shall file new motions to dismiss by February 23, 2024

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**